CENTRAL OF GEORGIA RAILWAY COMPANY *v.* HODGKINS.

COBB, J. There was no error in the charges excepted to; the requests to charge, so far as legal and pertinent, were covered by the general charge; the case was fairly submitted to the jury; the evidence, though conflicting, authorized the verdict, and there was no error requiring the granting of a new trial.

   *Judgment affirmed. All concurring, except Cobb, J., absent.*

Argued February 9, 10, — Decided March 23, 1898.

Action for damages. Before Judge Ross. City court of Macon. March term, 1897.

*Steed & Wimberly* and *John R. Cooper,* for plaintiff in error. *Marion W. Harris,* contra.